UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REACH THE WORLD,

   Plaintiff,

v.

RALEIGH GRIFFITH and RALSETH
TECHNOLOGIES, LLC

   Defendants.

No. _____

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Reach The World files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Reach The World is not owned by a parent corporation and no publicly-traded corporation owns a 10% or greater interest in Reach The World.

Dated: New York, New York
   March 7, 2008

            AKIN GUMP STRAUSS HAUER & FELD LLP

            By: _____
              Sean E. O'Donnell
              Deborah J. Newman
              590 Madison Avenue
              New York, NY 10022
              Telephone: (212) 872-7481
              Facsimile: (212) 872-1002
              sodonnell@akingump.com
              djnewman@akingump.com

              *Attorneys for Reach The World*