**MEMO ENDORSED**

JAMES A. ALLEN
ATTORNEY AT LAW
ADMITTED IN VA, MD, DC & MO


ALLEN LEGAL PLLC

2 PIDGEON HILL DRIVE
SUITE 340
POTOMAC FALLS, VA 20165

(703) 724-7888    FAX (703) 444-0974    JAA@ALLENLEGALPRACTICE.COM    WWW.ALLENLEGALPRACTICE.COM

April 2, 2008

Chambers of
The Honorable Peter Liesure
US District Court
500 Pearl Street, Suite 1910
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4 3 08
```

    RE:    Reach The World v Ralseth, LLC
            Case No.: 08 CV 02402

Dear Judge Liesure:

    I am writing regarding the above-referenced matter, which was recently filed and is pending on your docket. I represent the Defendants named in the action, although I am not licensed in your Court. I am licensed in US District Courts in Virginia, Maryland, and Washington, DC, as well as the Fourth Circuit Court of Appeals.

    I am writing to request an enlargement of time for the Defendants to respond to the Complaint, which was served on them on March 13, 2008. We are asking the Court for an enlargement of four weeks, to April 23, 2008.

    In support of this request, I am hereby presenting the information set forth in your local practices outline:

1)    Defendants' responsive pleadings would be due on Wednesday, April 2, 2008;
2)    This is the first request for any enlargement of time in this matter;
3)    There have been no prior requests for enlargement of time;
4)    Plaintiff's counsel consents to this request.

    Defendants are both located here in Virginia, and therefore the process of responding to this lawsuit includes a search for local counsel. The parties do not believe that this enlargement of time will impair the deadlines established.

Chambers, Judge Liesure
4/2/2008
Page 2 of 2

    Please do not hesitate to contact me if additional information is required, or if I can be of any further assistance in connection with this request.

Very truly yours,

James A. Allen, Esq.

cc:    Deborah Newman, Esq.
       Clients

*Defendants' request for an extension of time to respond to April 23, 2008 is hereby granted.*

*4/02/08*

SO ORDERED

*[signature]*
USDJ