**MEMO ENDORSED**

JAMES A. ALLEN
ATTORNEY AT LAW
ADMITTED IN VA, MD, DC & MO


ALLEN
LEGAL PLLC

2 PIDGEON HILL DRIVE
SUITE 340
POTOMAC FALLS, VA 20165

(703) 724-7888    FAX (703) 444-0974    JAA@ALLENLEGALPRACTICE.COM    WWW.ALLENLEGALPRACTICE.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

May 21, 2008

Chambers of
The Honorable Peter Liesure
US District Court
500 Pearl Street, Suite 1910
New York, NY 10007

      RE:    Reach The World v Ralseth, LLC
               Case No.: 08 CV 02402

Dear Judge Liesure:

      I am writing regarding the above-referenced matter, which is pending on your docket and scheduled for a pre-trial conference on May 22, 2008.

      The parties are on the verge of consummating an agreement to settle this matter, but are not likely to finalize the terms thereof prior to May 22. I understand from your chambers that the next available date is June 26, 2008, and the parties agree that that date should afford them time to fully and finally resolve their settlement agreement.

      Therefore, the parties respectfully request an adjournment of this pre-trial conference to the June 26, 2008 date.

      Please do not hesitate to contact me if additional information is required, or if I can be of any further assistance in connection with this request.

Very truly yours,

*[signature]*

James A. Allen, Esq.

*The pretrial conference scheduled for May 22, 2008 is hereby adjourned to June 26, 2008 at 9:30 a.m.*

cc:    Deborah Newman, Esq.
       Clients

SO ORDERED

*[signature] Peter K. Leisure*
USDJ 5/21/08