USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REACH THE WORLD,
                Plaintiff,

-against-

RALEIGH GRIFFITH and RALSETH
TECHNOLOGIES, LLC,
                Defendants.
-----------------------------------------------------------X

Index No. 08-CV-02402 (PKL)

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED and AGREED, by the undersigned attorneys for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action shall be, and are hereby, discontinued without costs to any party, effective immediately, in accordance with the terms of the Settlement Agreement and Mutual Release dated May __, 2008 by and among the parties (the "Settlement Agreement"). This stipulation shall be filed by Plaintiff in accordance with the Settlement Agreement without further notice with the Clerk of the Court.

Dated: May __, 2008

AKIN GUMP STRAUSS HAUER & FELD
LLP

By: _____
Deborah J. Newman
590 Madison Avenue
New York, NY 10022
(212) 872-7481
(212) 872-1002
dnewman@akingump.com

*Attorneys for Plaintiff Reach The World*

ALLEN LEGAL PLLC

By: _____
James A. Allen
2 Pidgeon Hill Drive
Suite 340
Potomac Falls, VA 20165
Telephone: (703) 724-7888
Telecopy: (703) 444-0974
jaa@allenlegalpractice.com

*Attorneys for Defendants*

EXHIBIT A

6/09/08